UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Katherine Ann Masso</u>

    v.                      Civil No. 11-cv-370-JL

<u>City of Manchester, et al.</u>

### O R D E R

The court has undertaken active consideration of the Manchester defendants' motion for judgment on the pleadings (document no. 14). It is the court's practice to hear oral argument on all dispositive motions, but if NEITHER party desires oral argument, counsel are asked to so notify the Deputy Clerk as soon as practicable and the court will issue an order based on the filings. If the Deputy Clerk is not so informed by March 7, 2012, a hearing will be scheduled. Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: February 29, 2012

cc: Leslie C. Nixon, Esq.
    Robert J. Meagher, Esq.
    Allison C. Ayer, Esq.
    John C. Kissinger, Esq.